[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12720
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00006-DHB-WLB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MAURICE M. ONEAL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(June 5, 2014)

Before MARCUS, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Matthew L. Waters, appointed counsel for Maurice Oneal in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Oneal's sentence is **AFFIRMED**.